STEINHARDT et al. v. BINGHAM et al. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Emanuel Steinhardt and another against David Bingham and another. Plaintiffs move for new trial on exceptions ordered to be heard in the first instance at the Appellate Division. New trial. A Blumenstiel, for plaintiffs. Jacob F. Miller, for defendants.

McLAUGHLIN, J. For the reasons stated in the opinion of Mr. Justice Hatch on the previous appeal in this case (Steinhardt v. Bingham, 53 App. Div. 286, 65 N. Y. Supp. 838), the exceptions should be sustained, and a new trial ordered, with costs to the plaintiffs to abide the event.

HATCH and LAUGHLIN, JJ., concur.

VAN BRUNT, P. J. I dissent for the same reasons upon which I based my dissent upon the former appeal, which grounds have been since sustained by the Court of Appeals in the case of Peabody v. Satterlee, 166 N. Y. 174, 59 N. E. 818, 52 L. R. A. 956, where the precise question involved seems to have been disposed adversely to the position taken by this court upon the former appeal.

O'BRIEN, J., concurs.

STEINSON v. BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by George Steinson against the Board of Education. No opinion. Motion denied.

STIASNY v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Caroline Stiasny against the Metropolitan Street Railroad Company. No opinion. Motion denied, with $10 costs.

STOUTENBURGH, Respondent, v. BUSH CO., Limited, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by Arthur T. Stoutenburgh, as temporary receiver, etc., against Bush Company, Limited. (Actions Nos. 1 and 2).

PER CURIAM. This is a renewal of an application for leave to appeal to the Court of Appeals. The original application was opposed and denied. No papers are presented to us upon this application, except the notice of motion and the admission of service by the attorney for the respondent. These papers are manifestly insufficient, and the motion is denied, with $10 costs.

STREETS v. GRAND TRUNK RY. CO. of CANADA et al. (Supreme Court, Appellate Division, Fourth Department. January 30, 1903.) Action by Jesse Streets against the Grand Trunk Railway Company of Canada and the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied. See 78 N. Y. Supp. 729.

STRESI, Respondent, v. BREIDMYER, Appellant. (Supreme Court, Appellant Division, First Department. February 6, 1903.) Action by Mary E. Stresi against John Breidmyer. E. W. S. Johnston, for appellant. J. Murphy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STRONG, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by Bushnell Strong against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

STROWGER et al., Plaintiffs, v. AMERICAN BONDING & TRUST CO. of BALTIMORE CITY, Defendants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Walter S. Strowger and another against the American Bonding & Trust Company of Baltimore City, impleaded, etc. No opinion. Defendants' exceptions overruled, motion for new trial denied, and judgment ordered for the plaintiffs on the verdict, with costs.

SUGDEN, Appellant, v. PARTRIDGE, Com'r, Respondent. (Supreme Court, Appellate Divsion, First Department. January 16, 1903.) In the matter of Edward D. Sugden against John N. Partridge, commissioner. W. C. De Witt, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion in Lahey v. Partridge (decided Jan. 9, 1903) 79 N. Y. Supp. 724.

SUTHERLAND v. MEAD et al. (Supreme Court, Appellate Division, First Department. February 13, 1903.) Action by George R. Sutherland against Charles H. Mead and Thomas Taft, impleaded. From an order denying a motion to open a default, defendants Mead and Taft appeal. Affirmed. A. H. F. Seeger, for appellants. Edward Hassett, for respondent.

HATCH, J. This case is disposed of by the opinion in Sutherland v. Mead et al. (handed down herewith) 80 N. Y. Supp. 504. The order should be affirmed, with $10 costs and disbursements. All concur.

SVENSON, Appellant, v. SVENSON, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Marguerite Svenson against Oscar H. Svenson. No opinion. Motion denied.

In re TALBOT. (Supreme Court, Appellate Division. Fourth Department. January 27, 1903.) In the matter of the proceedings for the disbarment of Frank W. Talbot, as attorney and counselor at law. No opinion. Order to show cause returnable March 10, 1903, entered.

TALLON, Respondent, v. MORGAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Katherine Tallon against Joseph F. Morgan and Robert W. Oliver. No opinion. Judgment and order of the County Court of Queens county affirmed, with costs.